UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 21609
   ALBERT PULLEY
   LYNN PULLEY                                  CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-2818      SSN XXX-XX-7890

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 11/16/07 and confirmed on 03/06/08.

   2.   The case was dismissed after confirmation, 01/09/2009.

   3.   The Debtor paid a total of $  13235.00 .

   4.   The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LITTON LOAN SERVICING IN | CURRENT MORTG | .00 | .00 | .00 |
| BANK OF AMERICA | SECURED | .00 | .00 | .00 |
| BANK OF AMERICA | MORTGAGE ARRE | 458.45 | .00 | 458.45 |
| COUNTRYWIDE HOME LOANS | UNSECURED | NOT FILED | .00 | .00 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | 98.22 | .00 | 98.22 |
| GMAC PAYMENT CENTER | SECURED VEHIC | 17967.85 | 1122.50 | 5247.67 |
| NISSAN MOTOR ACCEPTANCE | SECURED VEHIC | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | SECURED | .00 | .00 | .00 |
| FRANKLIN CREDIT MANAGMEN | UNSECURED | NOT FILED | .00 | .00 |
| HOMECOMING FINANCIAL NET | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| LION CREST HOA | SECURED | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 12838.59 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9565.58 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8881.76 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4890.35 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 7423.64 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ROUNDUP FUNDING LLC | UNSECURED | 6882.50 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 5232.65 | .00 | .00 |
| DISCOVER BANK | UNSECURED | 9218.37 | .00 | .00 |
| DISCOVER BANK | UNSECURED | 5694.65 | .00 | .00 |
| EXTRA SPACE STORAGE | UNSECURED | NOT FILED | .00 | .00 |
| FIRST AMERICAN BANK | UNSECURED | 1026.26 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 5162.86 | .00 | .00 |

| | | | | |
|---|---|---|---|---|
| ECAST SETTLEMENT CORP | UNSECURED | 3106.44 | .00 | .00 |
| JAMES TAYLOR | UNSECURED | NOT FILED | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| TORRES CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| US BANK | UNSECURED | 519.00 | .00 | .00 |
| US BANK | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 692.70 | .00 | .00 |
| HYUNDAI MOTOR FINANCE CO | UNSECURED | 7266.51 | .00 | 1356.04 |
| JAMES M PHILBRICK | ADMINISTRATIV | 500.00 | .00 | 500.00 |
| ECAST SETTLEMENT CORP | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 250.00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 6730.57 | .00 | 816.67 |
| BROTHER FINANCE | UNSECURED | 1339.20 | .00 | .00 |
| CAPITAL RECOVERY ONE | UNSECURED | 196.68 | .00 | .00 |
| T MOBILE USA | FILED LATE | .00 | .00 | .00 |
| NCI | FILED LATE | .00 | .00 | .00 |
| BANK ONE/JPM CHASE | UNSECURED | 12422.84 | .00 | .00 |
| WYNDHAM VACATION RESORTS | SECURED | .00 | .00 | .00 |
| WYNDHAM VACATION RESORTS | UNSECURED | 258.24 | .00 | .00 |

Summary of disbursements:

----------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 18524.52 | 7230.57 | 102868.82 | .00 | 128623.91 |
| PRINCIPAL PAID | 5804.34 | 1316.67 | 1356.04 | .00 | 8477.05 |
| INTEREST PAID | 1122.50 | .00 | .00 | .00 | 1122.50 |
| TOTAL PAID | 6926.84 | 1316.67 | 1356.04 | .00 | 9599.55 |

The Debtor's attorney, LEGAL HELPERS PC                 , was allowed $   3500.00
and was paid $   626.00  direct and $   2874.00  through the plan.

The Trustee received $    761.45 .

Refunds to the Debtor totaled $        .00 .

Dated: 03/12/09                    /S/
                          GLENN STEARNS
                          CHAPTER 13 TRUSTEE

```
                             PAGE   3
      CASE NO.  07 B 21609 ALBERT  PULLEY  &  LYNN  PULLEY
```